PATRICK O'NEIL, as Administrator, etc., Respondent, *v.* CHARLES KINKEN, Appellant.

(Argued January 21, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 6, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Michael J. Kelly* for appellant.

*Thomas Nolan* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

JOSEPH PALLADINO, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued January 21, 1891; decided February 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 12, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*L. Laflin Kellogg* for appellant.

*David J. Dean* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.